**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Christopher Geraci, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **SUBSTITUTE REDACTED** |
| vs. | ) | **PLEADINGS** |
| | ) | |
| Women's Alliance, Inc., d/b/a Domestic | ) | |
| Violence and Rape Crisis Center, and | ) | |
| Stark County North Dakota, | ) | Case No. 1:03-cv-129 |
| | ) | |
| Defendants. | ) | |

Before the Court is the Plaintiff's "Motion to Substitute Redacted Pleadings and Documents or Seal in the Alternative" filed on November 8, 2006. The Plaintiff has identified thirteen documents which include information (primarily the names and birth dates of minor children) that is required to be redacted pursuant to Section XV of the Administrative Policy Governing Electronic Filing and Service in the District of North Dakota. The Defendants do not oppose the redaction or sealing of the identified documents.

The Court **GRANTS** the Plaintiff's motion (Docket No. 80) and directs the Clerk of Court to file the redacted versions of the following docket entries: 1, 5, 18, 19, 38, 39, 41, 43, 48, 50, 51, 55, and 68.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court